UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TODD KREISLER,

                Plaintiff,        Civil Action No. 12 Civ. 4921 (ALC)(MHD)
                                                       ECF CASE
      vs.

MONA'S PIZZA, INC., d/b/a              **MOTION FOR DEFAULT**
ROSA'S PIZZA                                   **JUDGMENT AS TO DEFENDANT**
                                                       **MONA'S PIZZA, INC.**

                Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the attached affidavit of Adam Shore, Esq., sworn to on September 10, 2012, and upon the copy of the attached proposed default judgment, copies of all pleadings, Attorney's Affidavit, Affidavit of Todd Kreisler, Affidavit of Service of the Summons and Complaint and Amended Summons and Complaint, and Certificate from the Clerk of the Court stating that no answer has been filed, the Plaintiff will move this Court, before The Honorable Andrew L. Carter, Jr., for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure requesting an Entry of Final Default Judgment against defendant Mona's Pizza d/b/a Rosa's Pizza.

Dated: New York, New York
         October 10, 2012

                                                            Respectfully submitted,

                                                            */s/ Adam T. Shore*
                                                            Adam T. Shore, Esq.
                                                           Law Office of Adam Shore
                                                           Attorney for Plaintiff
                                                           100 Park Avenue, Suite 1600
                                                          NewYork, New York 10017
                                                           (t) 646-476-4296
                                                          (f) 646-390-7422
                                                          atsesq@gmail.com