**EXHIBIT "E"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TODD KREISLER,

                                     Plaintiff,            **Civil Action No. 12 Civ. 4921 (ALC)(MHD)**
                                                     **ECF CASE**

        vs.

                                                          **<u>FINAL DEFAULT JUDGMENT</u>**

MONA'S PIZZA, INC., d/b/a
ROSA'S PIZZA

                                  Defendants.

--------------------------------------------------------X

       This action having been commenced on June 22, 2012 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint, and Amended Summons and Amended Complaint having been served on MONA'S PIZZA, INC., a New York corporation, d/b/a ROSA'S PIZZA on July 3, 2012, and proof of service having been filed on July 20, 2012 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

       ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER has judgment against defendant MONA'S PIZZA, INC., a New York corporation, d/b/a ROSA'S PIZZA requiring defendant, MONA'S PIZZA, INC. to correct the following specific violations of the American with Disabilities, the Administrative Code of the City of New York § 8-107 <u>et. seq.</u>, (the "New York City Human Rights Law"), and/or the New York State Executive Law § 296 <u>et. seq.</u>, (the "New York State Humans Rights Law") within ninety (90) days:

       i.       Provide an accessible entrance/exit from the restroom due to a failure to allow required access and an accessible route into and out of the restroom within ROSA'S PIZZA, INC. d/b/a MONA'S PIZZA.

ii.      Completely and properly insulate exposed drain pipes under lavatory.

ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER, has judgment against defendant ROSA'S PIZZA, INC. d/b/a MONA'S PIZZA requiring defendant, ROSA'S PIZZA, INC. d/b/a MONA'S PIZZA, to compensate the Plaintiff one-thousand dollars ($1000.00) in compensatory damages based on defendant ROSA'S PIZZA, INC. d/b/a MONA'S PIZZA violation of the New York City Human Rights Law and the New York State Human Rights Law within thirty (30) days.

ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER, has judgment for an award of attorney's fees, expert fees, expenses and costs as it relates to this matter and the and said motion shall be filed within thirty (30) days of entry of this Final Judgment.

Dated: New York, New York

_____

_____

THE HONORABLE ANDREW J. CARTER, JR.
UNITED STATES DISTRICT JUDGE